AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

FILED
ASHEVILLE, N.C.

OCT - 2 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Guo T. Shao

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:17-po-00005-02

Stephen Lacy Cash
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.1(c)(3)(ii) | Gather and possess natural products - mushrooms | 06/13/17 | 1 |

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for TWENTY (20) DAYS with credit for time served.

That the defendant is allowed to self report when notified by the U. S. Marshal.

That the defendant pay a fine in the amount of $500, and $10. All monies due by 12/14/2017.

Date of Imposition of Sentence: 9/29/2017

Dennis L. Howell
U. S. MAGISTRATE JUDGE

**RETURN**

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal